AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>COREY LAMONTE ROGERS,<br>DELANTE TURNER, and<br>JOSHUA SMITH,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:15MJ608<br>)<br>)<br>) |

DEC - 4 2015

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 27, 2015** in the ~~county of~~ **city of Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 924(c) & 2 | The defendants did knowingly and unlawfully use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the November 27, 2015 interference with commerce by robbery of the Shell Gas Station located at 11090 Lee Highway, Fairfax, Virginia, and possess a firearm in furtherance of such crime of violence. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Rebeca H. Bellows

*Complainant's signature*
Joseph Paul Rogers
Special Agent, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/04/2015

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable Theresa Carroll Buchanan
United States Magistrate Judge
*Printed name and title*